**Order entered April 3, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01480-CV

**ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, Appellant**

**V.**

**CHACON AUTOS LTD., Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-03130-D**

## ORDER

Before the Court is appellant's March 29, 2019 second motion and unopposed supplemental motion for extension of time to file its brief. We **GRANT** the motion as supplemented and **ORDER** appellant's brief due on April 5, 2019.

/s/     ERIN A. NOWELL
        JUSTICE